Royce Residents Hous. Dev. Fund Corp. v JC Landfund LLC (2023 NY Slip Op 00530)

Royce Residents Hous. Dev. Fund Corp. v JC Landfund LLC

2023 NY Slip Op 00530

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, CURRAN, BANNISTER, AND OGDEN, JJ.

88 CA 21-01757

[*1]THE ROYCE RESIDENTS HOUSING DEVELOPMENT FUND CORPORATION, AS NOMINEE FOR TMG-NY II, L.P., PLAINTIFF-APPELLANT,
v
JC LANDFUND LLC, DEFENDANT-RESPONDENT. 

MANGANO LAW OFFICE, PLLC, SYRACUSE (KEVIN A. BARONE OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
MELVIN & MELVIN, PLLC, SYRACUSE (MICHAEL R. VACCARO OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered October 29, 2021. The order granted the motion of plaintiff for leave to reargue and, upon reargument, granted in part and denied in part the motion of plaintiff for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court